IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WILEY SR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RALLS ET AL, ) <br> ) <br> Defendants. ) <br> ) | 1:10-cv-00506 AWI JLT <br><br> ORDER REQUIRING PLAINTIFF TO FILE COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAYMENT OF FILING FEE WITHIN 30 DAYS |

Plaintiff Anthony Wiley ("Plaintiff") is proceeding pro se in this action. Plaintiff filed his complaint on March 22, 2010, along with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2) However, the application fails to describe the source of his "Disability or workers compensation payments," the amount he receives and the amount he expects to continue to receive. In addition, Plaintiff fails to state the value of his "residence and work tools."

Accordingly, Plaintiff is ORDERED to submit a complete, signed application to proceed in forma pauperis within 30 days of the date of service of this order or, in the alternative, pay the filing fee. Failure to comply with this order may result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **March 25, 2010**                                        /s/ Jennifer L. Thurston
                                                                                   UNITED STATES MAGISTRATE JUDGE