1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY WILEY, SR.,              )   1:10-cv-00506-AWI-JLT
                                      )
12                  Plaintiff,        )   FINDINGS AND RECOMMENDATIONS
                                      )   DISMISSING COMPLAINT WITH
13        v.                          )   PREJUDICE
                                      )
14   RALLS, et al.,                   )
                                      )
15                                    )
                    Defendants.       )
16   _____)

17

18        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On

19   April 12, 2010, Plaintiff filed a new application to proceed in forma pauperis, pursuant to the

20   order of the Court.  (Doc. 6).  As requested by the Court, Plaintiff provided information in this

21   amended motion about the value of his residence and his tools.  He reported also that he received

22   Supplemental Security Income ("SSI") benefits and has received these benefits since 1986.

23   However,  Plaintiff failed to disclose the amount of SSI benefits he receives on a monthly basis

24   or the amount that he expects he will continue to receive.  In addition, although Plaintiff stated

25   that his wife was dependent upon him for support, he failed to indicate the amount of support he

26   is required to provide her or explain why he must provide this support.  Plaintiff failed to disclose

27   also whether his spouse receives income and/or is receiving public benefits.  Finally, Plaintiff did

28   not explain the source of the income that he will use to pay for the $140,000 home that he stated

                                              1

1   was currently under construction.

2       On April 14, 2010, the Court detailed these deficiencies in his motion to proceed in forma

3   pauperis and ordered Plaintiff to submit a new complete, signed application or alternatively, pay

4   the $350 filing fee.  (Doc. 8).  The Court  granted Plaintiff 30 days to comply.  (Id.)  The Court

5   expressly warned Plaintiff that his failure to timely comply with the order would result in a

6   recommendation that this action be dismissed.

7       Plaintiff was required to file his amended motion by May 17, 2010. Nevertheless,

8   Plaintiff has failed to respond to the order.

9                                           **RECOMMENDATION**

10      Based on the foregoing, the Court recommends,

11  1.      That the complaint (Doc. 1) be DISMISSED, with prejudice, for

12          failure to comply with the Court's order to file a new motion to

13          proceed in forma pauperis or, alternatively, to pay the filing fee.

14      These Findings and Recommendations are submitted to the United States District Judge

15  assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the

16  Local Rules of Practice for the United States District Court, Eastern District of California.

17  Within 14 days after being served with a copy, Plaintiffs may file written objections with the

18  Court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and

19  Recommendations."  The District Judge will then review the Magistrate Judge's ruling pursuant

20  to 28 U.S.C. § 636(b)(1)(C).  Failure to file objections within the specified time may waive the

21  right to appeal the District Judge's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

22

23  IT IS SO ORDERED.

24  Dated:   **May 20, 2010**                          **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE

25

26

27

28